CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 02 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ZHENLI YE GON, | ) |
| | ) Case No. 7:15CV00462 |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| FRANK E. DYER III, GERALD S. HOLT, | ) By: Hon. Glen E. Conrad |
| and JOHN F. KERRY, | ) Chief United States District Judge |
| | ) |
| Respondent. | |

Upon consideration of Petitioner's Motion to File Records Under Seal, and for good cause shown, it is hereby

### ADJUDGED AND ORDERED:

that having received no objection, the following documents are hereby PLACED UNDER SEAL at this time: Petitioner's counsel's June 29, 2015 letter to the U.S. State Department, and related exhibits. Absent further order of this court, all documents ordered sealed as set forth above shall remain sealed until this case closes, or the time for appeal is past. See Local General Rule 9(h)(5). At that point, these documents shall not be unsealed, but instead, the sealed documents shall be returned to the party that submitted them, as authorized in the Commentary to Local General Rule 9.

ENTER: this 2d day of October, 2015.

_____
Chief United States District Judge