CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 07 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ZHENLI YE GON, | ) | CASE NO. 7:15CV00462 |
|     Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| FRANK E. DYER III, | ) | |
| GERALD S. HOLT, and | ) | By: Hon. Glen E. Conrad |
| JOHN F. KERRY, | ) | Chief United States District Judge |
|     Respondents. | ) | |

Petitioner Zhenli Ye Gon has filed a second amended petition under 28 U.S.C. § 2241 (ECF No. 31), presenting a new claim regarding the Secretary of State's delegation of authority to order extradition. Ye Gon states that the second amended petition is intended "to remove any doubt—here or on appeal" that this additional issue is "formally raised" before this court. (ECF No. 31, at 1 n.1.) It appearing proper to do so, it is hereby

### ADJUDGED AND ORDERED

as follows:

1. Petitioner is hereby **GRANTED** leave to file the second amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 31), which hereby supersedes the original and the first amended petitions (ECF No. 1 and 13);

2. Counsel for the Secretary of State is **DIRECTED** to file any additional response to the second amended petition by 9:00 a.m. on Thursday, October 8, 2015; and

3. Petitioner **SHALL** submit any reply to the government's response by 2:00 p.m. on Thursday, October 8, 2015, or at a later time on which the parties agree; after such time, the court will not consider any additional submissions.

ENTER: This 7th day of October, 2015.

/s/ Glen E. Conrad
Chief United States District Judge