CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 09 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| ZHENLI YE GON, | ) | CASE NO. 7:15CV00462 |
|     Petitioner, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| FRANK E. DYER III, | ) | |
| GERALD S. HOLT, and | ) | By: Hon. Glen E. Conrad |
| JOHN F. KERRY, | ) | Chief United States District Judge |
|     Respondents. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

as follows:

1.    The second amended petition for a writ of habeas corpus (ECF No. 31), pursuant to 28 U.S.C. § 2241, which superseded the original and the first amended petitions (ECF No. 1 and 13), is **DISMISSED WITH PREJUDICE**;

2.    Petitioner's emergency motion for stay of extradition (ECF No. 11) is **GRANTED IN PART AND DENIED IN PART**; the motion is **GRANTED**, such that the extradition of petitioner is hereby **STAYED** for seven (7) days from the entry of this order, to allow him to note an appeal and petition to the United States Court of Appeals for the Fourth Circuit for any further stay of extradition; in all other respects, the motion for stay is **DENIED** as moot;

3.    Other requests and pending motions (ECF Nos. 2 and 16) are **DISMISSED** as moot; and

4.    The clerk **SHALL** strike the action from the active docket of the court.

**ENTER**: This 9th day of October, 2015.

_____
Chief United States District Judge